# Court of Appeals
# of the State of Georgia

ATLANTA, September 17, 2021

*The Court of Appeals hereby passes the following order*

**A22D0027. CARL HILL v. TONYA HILL et al. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2020CV338524



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, September 17, 2021.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*